Karen Woodward
Christopher P. Norton
Sedgwick LLP
801 South Figueroa Street
20th Floor
Los Angeles, CA 90017
Phone:  (213) 426-6900
Fax:       (213)426-6921
Email: karen.woodward@sedgwicklaw.com
Email:  christopher.norton@sedgwicklaw.com

*Attorneys for Xanodyne Pharmaceuticals, Inc.*

*(Additional counsel on next page)*

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JERALD BOWEN et al.,<br><br>   Plaintiffs,<br><br>vs.<br><br>MCKESSON CORPORATION, et al.,<br><br>   Defendants. | CASE NO. 1:12-cv-1906-LJO-SKO<br><br>**JOINT STIPULATION RE: MOTION TO TRANSFER BRIEFING SCHEDULE AND STAY**<br><br>JUDGE:     Hon. Lawrence O'Neill<br><br>DATE FILED:      November 14, 2012<br>DATE REMOVED: November 20, 2012<br>TRIAL DATE:      None Set |

| | |
|---|---|
| 1 | Jennifer A. Lenze (CA#246858) |
| | Laurie E. Kamerrer (CA #281137) |
| 2 | Jaime E. Moss, Esq. (CA # 285761) |
| | Lenze Kamerrer Moss, PLC |
| 3 | 1300 Highland Ave., Suite 207 |
| | Manhattan Beach, CA 90266 |
| 4 | Tel: (310) 322-8800 |
| | Fax: (310) 322-8811 |
| 5 | jlenze@lkmlawfirm.com |
| | kamerrer@lkmlawfirm.com |
| 6 | moss@lkmlawfirm.com |
| | *Attorneys for Plaintiffs* |
| 7 | |
| | Matthew J. Sill (OK #21547) |
| 8 | (*Pro hac Vice Application Pending*) |
| | Sill Law Group, PLLC |
| 9 | 14005 N. Eastern Avenue |
| | Edmond, OK  73103 |
| 10 | Phone: (405) 509-6300 |
| | Fax:  (405) 509-6268 |
| 11 | matt@sill-law.com |
| | *Attorneys for Plaintiffs* |
| 12 | |
| 13 | / / / |
| 14 | / / / |
| 15 | / / / |
| 16 | / / / |
| 17 | / / / |
| 18 | / / / |
| 19 | / / / |
| 20 | / / / |
| 21 | / / / |
| 22 | / / / |
| 23 | / / / |
| 24 | / / / |
| 25 | / / / |
| 26 | / / / |
| 27 | / / / |
| 28 | / / / |

83046680v1

2

JOINT STIPULATION RE: MOTION TO TRANSFER

1  Pursuant to this Court's February 26, 2016 Minute Order [Dkt. No. 49],
2  Plaintiffs and Defendants in the above captioned case hereby stipulate and agree as
3  follows regarding Defendants' anticipated motion to transfer:
4  WHEREAS, Defendants intend to file a motion to transfer this action to the
5  Eastern District of Kentucky pursuant to 28 U.S.C. § 1404;
6  WHEREAS, Defendants and Plaintiffs have conferred, and agreed to the
7  following briefing schedule for Defendants' motion to transfer: (1) Defendants'
8  motion to be filed on or before March 25, 2016 (2) Plaintiffs' response to be filed on
9  or before April 8, 2016; (3) Defendants' reply to be filed on or before April 15,
10 2016; the motion shall be heard on April 28, 2016, at 8:30 a.m., subject to the
11 availability of the Court;
12 WHEREAS, the parties agree that discovery and any Rule 26 disclosure
13 obligations should be stayed pending resolution of Defendants' motion to transfer to
14 be set if the cases remain;
15 WHEREAS, the parties further agree that Defendants' responsive pleading
16 deadlines shall remain stayed until the issue of transfer is resolved and then shall be
17 set for some reasonable time should the cases remain;

19 DATED: March 11, 2016                Respectfully submitted,
20                                      SEDGWICK LLP

23                                      By: /s/ Christopher Norton
                                              Karen Woodward
                                              Christopher P. Norton
24                                            Attorneys for Defendant,
                                              Xanodyne Pharmaceuticals Inc
25 / / /
26 / / /
27 / / /
28 / / /

83046680v1                              3
JOINT STIPULATION RE: MOTION TO TRANSFER

SHOOK, HARDY & BACON


By  */s/ Tony M. Diab*
    Tony M. Diab
    Attorneys for Defendants
    Mallinckrodt Inc. and Covidien Inc.


LENZE KAMERRER MOSS, PLC


By  */s/ Jennifer A. Lenze*
    Jennifer A. Lenze (CA#246858)
    Laurie E. Kamerrer (CA #281137)
    Jaime E. Moss, Esq. (CA # 285761)
    Attorneys for Plaintiffs

SILL LAW GROUP PLLC


By:  */s/ Matthew J. Sill*
    Matthew J. Sill (OK#21547)
    (*Pro hac Vice Application Pending*)

Attorneys for Plaintiffs

**PURSUANT TO STIPULATION,**

IT IS SO ORDERED.

Dated:  **March 15, 2016**　　　　　　　**/s/ Lawrence J. O'Neill**
　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE